■ KATHLEEN E. ANDRESS, Respondent, v TERRANCE A. ANDRESS, Appellant. (Appeal No. 2.) [947 NYS2d 353]

Same memorandum as in *Andress v Andress* (97 AD3d 1151 [2012]). Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.